SLIP OPINION

Cite as 2013 Ark. 387

# SUPREME COURT OF ARKANSAS
**No.**

IN RE SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS–CIVIL

**Opinion Delivered** October 3, 2013

## PER CURIAM

Christopher A. Averitt, Esq., of Jonesboro, Neil R. Chamberlin, Esq., of Little Rock, E.B. "Chip" Chiles, IV, Esq., of Little Rock, and D. Scott Hickam, Esq., of Hot Springs, are appointed to the Supreme Court Committee on Model Jury Instructions–Civil for three-year terms to expire on September 30, 2016. The court thanks these lawyers for their willingness to serve on this important committee.

Lyn Pruitt, Esq., of Little Rock, is reappointed to the Supreme Court Committee on Model Jury Instructions–Civil for a three-year term to expire on September 30, 2016. The court extends its appreciation to Ms. Pruitt for her continued service.

Stephen R. Lancaster, Esq., of Little Rock, a current member, is designated chair of the committee. The court expresses its appreciation to Mr. Lancaster for undertaking these additional responsibilities.

SLIP OPINION

The court extends its gratitude to outgoing members of the committee: Roger Rowe, Esq., of Little Rock, chair of the committee; Samuel E. Ledbetter, Esq., of Little Rock; and Eric D. Wewers, Esq., of Little Rock, whose terms are limited, for their many years of valuable service to the committee.